David S. Bridge (9077)
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
E-mail: dbridge@scalleyreading.net

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SHANICE BRAUN,<br><br>Plaintiff,<br><br>v.<br><br>ROOT INSURANCE COMPANY, ROOT PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | **NOTICE OF REMOVAL**<br><br><br>Case No.  1:23-cv-00071-DBP<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to 28 U.S.C §§ 1332, 1441, and 1446, Defendants Root Insurance Company and Root Property & Casualty Insurance Company (collectively hereinafter "Defendants"), by and through its counsel of record, timely files this Notice of Removal.

**I.     Statement of Grounds for Removal Under 28 U.S.C. 1332 and 1441.**

As set forth below, the allegations of the Complaint satisfy the diversity and amount-in-controversy requirements of 28 U.S.C. § 1332(a).  Defendants are not citizens of Utah, allowing removal under 28 U.S.C. § 1441(b)(2).

**A.     Complete Diversity between Plaintiff and Defendants Exists.**

Plaintiff initiated this action by filling a Complaint in the Second Judicial District Court for Weber County, State of Utah, on or about May 11, 2023. The Complaint identifies the following as parties and their citizenship for purposes of diversity.

| Party | Citizenship |
|---|---|
| Plaintiff Shanice Braun | Utah Resident |
| Defendant Root Insurance Company | Ohio corporation, headquartered and principal place of business in Columbus, Ohio authorized to conduct insurance business in Utah |
| Defendant Root Property & Casualty Insurance Company | Delaware corporation, headquartered and principal place of business in Columbus, Ohio, authorized to conduct insurance business in Utah. |
| Prior Defendant Susan Moore was dismissed from this case prior to removal. | Susan Moore is a resident of Texas. |

**B.     The Amount in Controversy Exceeds $75,000.00.**

Plaintiff's Complaint, in compliance with *Utah Rule of Civil Procedure* 8(a), requiring that a party plead either an amount or identify the appropriate damages tier defined by *Utah Rule of Civil Procedure* 26(c)(3), alleges in excess of $300,000.00 in damages.

**II.     Statement Regarding Additional Requirements Under 28 U.S.C. § 1446.**

In addition to satisfying the diversity and amount-in-controversy requirements, Defendants satisfy the procedural requirements of 28 U.S.C. § 1446. This Notice of Removal is filed within 30 days of the service of summons upon Defendants. Defendants submit herewith all process, pleadings, and other orders served upon him. To wit, attached herewith are:

Exhibit A: Complaint and Summons

Exhibit B: State Court Docket

Exhibit C: Notice of Voluntary Dismissal of Defendant Susan Moore

In compliance with 28 U.S.C. § 1446(d), Defendants will promptly notify counsel for all parties after filing this Notice of Removal, and will further file a copy of this Notice of Removal with the clerk of the State Court.

DATED this 15th day of June, 2023.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.


/s/ David S. Bridge
David S. Bridge
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2023, I caused a true and correct copy of the foregoing document was served via email to the following:

Scott Nance
Logan Magnusson
NANCE LAW
290 - 25th Street #204
Ogden, UT 84401
scott@snancelaw.com
logan@snancelaw.com
*Attorneys for Plaintiff*


/s/ David S. Bridge