IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANICE BRAUN,<br><br>    Plaintiff,<br><br>v.<br><br>ROOT INSURANCE and ROOT PROPERTY & CASUALTY INSURANCE,<br><br>    Defendants. | ORDER OF DISMISSAL<br><br>Case No. 1:23-cv-00071-JNP-DBP<br><br>District Judge Jill N. Parrish |

The court GRANTS the stipulated motion to dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. ECF No. 18. This action is dismissed with prejudice, each party to bear its own costs of suit.

DATED February 12, 2024.

BY THE COURT

Jill N. Parrish
United States District Court Judge